UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| v. | : | Crim No. 19-693 |
| MATTHEW ELLIS, ET AL. | : | **NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that JOSÉ R. ALMONTE, Assistant United States Attorney (jose.almonte@usdoj.gov), is withdrawing as counsel for the United States of America in the above-captioned matter.

RACHAEL A. HONIG
Acting United States Attorney

/s/José R. Almonte

By: JOSÉ R. ALMONTE
Deputy Chief, Criminal Division

Date: 09/24/2021