UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: BRIAN M. MARTINOTTI                    Date:    10/08/2025
Court Reporter:   TAMMERA WITTE               Docket No: 2:19-693

<u>Title of the Case</u>:

UNITED STATES OF AMERICA
v.
MATTHEW S. ELLIS

<u>Appearances</u>:

Jessica Ecker, AUSA
Dennis Kainen, Attorney for Defendant Matthew Ellis

<u>Nature of Proceedings</u>:

Defendant present & sworn
Frye Hearing held
Court ordered bail continued

Commenced:   11:05 am
Concluded:     11:35 am

*Lissette Rodriguez,* <u>Courtroom Deputy</u>